UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:16-CR-49 |
| v. | : | (JUDGE RAMBO) |
| **EVAN MATTHEW LAWBAUGH,** | : | |
| Defendant. | : | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

**COUNT 1**
(Sexual Exploitation of a Child)

FILED
HARRISBURG, PA
MAR 1 6 2016
MARIA E. ELKINS, CLERK
Per_____

On or about December 2015, in Franklin County, within the Middle District of Pennsylvania, the defendant,

**EVAN MATTHEW LAWBAUGH,**

did knowingly use J.H., a male infant, to engage in sexually explicit conduct for the purpose of transmitting any live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce, knowing and having reason to know that such visual depiction would be transmitted in and affecting interstate and foreign commerce, using materials that have been mailed, shipped, and

transported in and affecting interstate and foreign commerce by any means, including by computer, the visual depiction was transmitted using any means and facility of interstate and foreign commerce and the visual depiction was transmitted in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT 2
(Sexual Exploitation of a Child)

On or about December 30, 2011, in Franklin County, within the Middle District of Pennsylvania, the defendant,

**EVAN MATTHEW LAWBAUGH,**

did knowingly use M.H., a minor female under twelve years of age, to engage in sexually explicit conduct for the purpose of transmitting any live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT 3
(Sexual Exploitation of a Child)

On or about April 3, 2012, in Franklin County, within the Middle District of Pennsylvania, the defendant,

**EVAN MATTHEW LAWBAUGH,**

did knowingly use M.H., a minor female under twelve years of age, to engage in sexually explicit conduct for the purpose of transmitting any live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT 4
(Distribution of Images containing
the Sexual Exploitation of a Child)

On or about December 29, 2015, in Franklin County, within the Middle District of Pennsylvania, the defendant,

**EVAN MATTHEW LAWBAUGH,**

knowingly distributed any child pornography, as defined in Title 18,

United States Code, Section 2256(8)(A), that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT 5
(Possession of Images containing the Sexual Exploitation Children)

On or about February 19, 2016, in Franklin County, within the Middle District of Pennsylvania, the defendant,

### EVAN MATTHEW LAWBAUGH,

did knowingly possess child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minors and which had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL

PETER J. SMITH
United States Attorney

████████████
Foreperson

_Daryl F. Bloom_
DARYL F. BLOOM
Assistant United States Attorney

3-16-2016
Date