IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:16-CR-049 |
| | : | |
| **v.** | : | |
| | : | |
| **EVAN LAWBAUGH** | : | Judge Sylvia H. Rambo |

## <u>O R D E R</u>

Before the court is the Motion to Vacate, Set Aside or Correct a Sentence by a Person In Federal Custody Under 28 U.S.C. § 2255 (Doc. 78), filed by Defendant Evan Lawbaugh. For the reasons explained in the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART**. Lawbaugh's sentence is **VACATED** and will be reentered, granting Lawbaugh a renewed appellate deadline of fourteen days from re-entry of his sentence. The motion is **DENIED** in all other regards.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Date: February 27, 2020